# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

In re:

Pure Prairie Poultry, Inc.                                    Case No. 24-32426 KAC

           Debtor.                                    Chapter 11 Case

## DECLARATION OF ALEX DYBSKY IN SUPPORT OF MOTION FOR DEBTOR-IN-POSSESSION FINANCING AND USE OF CASH COLLATERAL

I, Alex Dybsky, declare as follows:

1. I am a Partner at Lighthouse Management Group, Inc. ("Lighthouse") and a Certified Turnaround Analyst. Pure Prairie Poultry, Inc. ("Debtor," "Pure Prairie" or the "Company"), formerly known as Pure Prairie Farms, Inc., has sought the employment of Lighthouse as Corporate Restructuring Officer in the above-captioned bankruptcy

2. I submit this Declaration (the "Declaration") to assist the Court and parties in interest in (a) understanding Debtor's financial situation; and (b) in support of: (i) Debtor's petition for relief under Chapter 11 of Title 11 of the United States Code filed on the date hereof (the "Petition Date"); and (ii) the relief requested by Debtor in in its Motion for Debtor-in-Possession Financing and Use of Cash Collateral (the "Motion") and any other First-Day Motion filed by Debtor (the "First-Day Motions") to which this information may be necessary.

3. Based on my professional experience and upon familiarization with the Debtor in preparation for its bankruptcy, I am qualified to provide the information contained in this Declaration.

4. Based on records received from the Debtor, I have additionally prepared two charts detailing interests of Debtor's secured and potentially-secured creditors, which is attached hereto

as Exhibit 1. The first chart details those interests relating to the plant "as is." The second details those interests relating to the plant if construction were completed, based upon a January 14, 2023 Appraisal Report.

5. On the date of this Declaration, Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

6. As referenced in the Motion, Debtor is a borrower under relevant agreements and with several creditors, including Bremer Bank, Community Bank and Trust, Ford Motor Credit Company LLC, Union Bank & Trust, Michael Helgeson, First Corporate Solutions, Waldinger Corporation, and Henkel Construction Company.

7. As indicated in Exhibit 1, in the best-case scenario and were the Debtor's plant completed as fully contemplated and appraised, there would still not be enough collateral to fully secure all pre-petition secured creditors.

8. Because Debtor's plant securing these creditors is well short of the "As Complete" appraisal, certain secured interests, including the mechanics liens, even in a best-case scenario would have effectively no collateral to attach to.

For the reasons stated above, and all additional reasons set forth in Debtor's Motion, Debtor respectfully requests that its First Day Motions be granted.

I swear that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: September 20, 2024                    */s/ Alex Dybsky*
                                                             Alex Dybsky

## EXHIBIT 1

| | | |
|---|---:|---:|
| Bremer Revolver | 7,500,000 | 7,500,000 |
| Note Payable - Bremer Term Loan | 851,907 | 851,907 |
| Ford Equipment/Vehicles | 145,792.59 | 145,793 |
| CB&T | 33,355,456 | 36,265,912 |
| Union | | 95,744.40 |
| | | |
| M. Helgeson Note | | 12,635,853.00 |
| M. Helgeson Note | | 4,468,383.04 |
| | | |
| Waldinger | | 1,133,926 |
| Henkel | | 3,786,802 |
| **TOTAL SECURED DEBT** | | **66,884,320** |
| | | |
| Real Property | | 5,500,000 |
| M&E | | 11,130,000 |
| Rolling Stock | | 2,070,000 |
| **TOTAL PROCEEDS** | | **18,700,000** |
| | | |
| Creditor Deficit | | (48,184,320) |
| Bremer Revolver | 7,500,000 | 7,500,000 |
| Note Payable - Bremer Term Loan | 851,907 | 851,907 |
| Ford Equipment/Vehicles | 145,792.59 | 145,793 |
| CB&T | 33,355,456 | 36,265,912 |
| Union | | 95,744.40 |
| | | |
| M. Helgeson Note | | 12,635,853.00 |
| M. Helgeson Note | | 4,468,383.04 |
| | | |
| Waldinger | | 1,133,926 |
| Henkel | | 3,786,802 |
| **TOTAL SECURED DEBT** | | **66,884,320** |
| | | |
| Real Property | | 16,800,000 |
| M&E | | 26,640,000 |
| Rolling Stock | | 4,190,000 |
| **TOTAL PROCEEDS** | | **47,630,000** |
| | | |
| Creditor Deficit | | (19,254,320) |