## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

---

In re:

Pure Prairie Poultry, Inc.,　　　　　　　　　　　　　　　Case No. 24-32426 KAC

　　　　　　　Debtor.　　　　　　　　　　　　　　　　　Chapter 11 Case

---

### ORDER

---

This case came before the court for hearing on Debtor's Motion to Dismiss Chapter 11 Case (the "Motion") [Doc 59]. Based on the record, including for the reasons stated during the hearing,

**IT IS HEREBY ORDERED:**

1.　Upon consideration of Debtor's Motion to dismiss the pending Chapter 11 case pursuant to the applicable provisions of Section 1112(b) of the Bankruptcy Code and good cause appearing therefore, Debtor's Motion is granted, and this case is hereby dismissed immediately.

2.　This case shall be closed.

Dated: _September 27, 2024_　　　　　　　　　/e/ Katherine A. Constantine
　　　　　　　　　　　　　　　　　　　　　　Katherine A. Constantine
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge